```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 24972
   CLIFTON K LUCKETT
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5798

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/23/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED           10999.10        884.55       10999.10
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED            .00            .00
AMERICAN HONDA FINANCE C  SECURED           10000.00        777.66       10000.00
AMERICAN HONDA FINANCE C  UNSECURED          1086.84            .00            .00
HOMECOMINGS FINANCIAL NE  CURRENT MORTG         .00            .00            .00
PIERCE & ASSOCIATES       NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          8192.52            .00        2222.71
ILLINOIS DEPT OF REVENUE  PRIORITY         23371.79            .00        6340.96
AAM INC                   UNSECURED       NOT FILED            .00            .00
AFNI                      UNSECURED       NOT FILED            .00            .00
CITIBANK                  UNSECURED       NOT FILED            .00            .00
CROSS COUNTRY BANK        UNSECURED       NOT FILED            .00            .00
DART TRANSIT              UNSECURED       NOT FILED            .00            .00
DOMINO FORD               UNSECURED       NOT FILED            .00            .00
FMS INC                   NOTICE ONLY     NOT FILED            .00            .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED            .00            .00
I C COLLECTION SERVICE    UNSECURED       NOT FILED            .00            .00
ILLINOIS TITLE LOAN INC   UNSECURED       NOT FILED            .00            .00
INSTANT CASH ADVANCE      UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
MCI                       UNSECURED       NOT FILED            .00            .00
MIDWEST EYECARE           UNSECURED           85.00             .00            .00
NATIONAL QUICK CASH       UNSECURED       NOT FILED            .00            .00
PROVIDIAN                 UNSECURED       NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED            .00            .00
RISK MANAGEMENT           NOTICE ONLY     NOT FILED            .00            .00
SUN CASH OF WI LLC        UNSECURED       NOT FILED            .00            .00
WORLDCOM WIRELESS INC     UNSECURED       NOT FILED            .00            .00
HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE        .00            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        27076.73            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          206.64            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY             .00            .00            .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 24972 CLIFTON K LUCKETT
```

```
INTERNAL REVENUE SERVICE  UNSECURED              .00                 .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED         5750.47                 .00              .00
LEGAL HELPERS PC          DEBTOR ATTY      2,000.00                            2,000.00
TOM VAUGHN                TRUSTEE                                              1,941.02
DEBTOR REFUND             REFUND                                                    .00
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                 35,166.00

PRIORITY                                      8,563.67
SECURED                                      20,999.10
    INTEREST                                  1,662.21
UNSECURED                                          .00
ADMINISTRATIVE                                2,000.00
TRUSTEE COMPENSATION                          1,941.02
DEBTOR REFUND                                      .00
                       ---------------     ---------------
TOTALS                  35,166.00            35,166.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/25/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                        PAGE   2
          CASE NO. 05 B 24972 CLIFTON K LUCKETT